UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
FLINT DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN AND MILAD, INC., "PALACE HOOKAH LOUNGE", AND JOSEPH SHABA AND MILAD F. TOMA, Individually, jointly and severally,<br><br>Defendants. | Case No. 17-cv-11309<br>Hon. Matthew F. Leitman |

## **DEFAULT JUDGMENT**

THIS MATTER is before the court on Plaintiff's Motion for entry of a judgment in favor of Plaintiff and against Defendants. The court has reviewed the Motion, and a hearing was held in open court on 05/28/2019 at 10:00 AM. The Court is satisfied that the Motion should be granted. NOW, THEREFORE,

1. **IT IS HEREBY ORDERED** that Judgment is entered in favor of the Plaintiff and against the Defendants, JUSTIN AND MILAD, INC. AND JOSEPH SHABA, pursuant to Fed. R. Civ. P. 55(b), AND MILAD F. TOMA, pursuant to Fed. R. Civ. P. 37(b)(2)(A)(vi), jointly and severally, in the amount of $37,983.15, calculated as follows:

a. Statutory damages in the amount of twenty thousand dollars ($20,000.00), pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II), representing $10,000.00 in statutory damages for the display of the Floyd Mayweather, Jr. v. Marcos Maidana, WBC Welterweight Championship Fight Program on May 3, 2014, and $10,000.00 in statutory damages for the display of the "Mayhem" Floyd Mayweather, Jr. v. Marcos Rene Maidana, II WBC World Lightweight Championship Fight Program on 09/13/2014; and

b. Enhanced statutory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(ii) in the amount of $5,000.00, representing $2,500.00 in enhanced damages for the display of the Floyd Mayweather, Jr. v. Marcos Maidana, WBC Welterweight Championship Fight Program on May 3, 2014, and $2,500.00 in enhanced damages for the display of the "Mayhem" Floyd Mayweather, Jr. v. Marcos Rene Maidana, II WBC World Lightweight Championship Fight Program on 09/13/2014; and

c. Attorney fees in the amount of $11,833.50 and costs in the amount of $1,149.65, pursuant to 47 U.S.C. §605(e)(3)(B)(iii); and

d. Collection of the attorney fees and costs listed in paragraph 1.c. above is limited to the amount of $9,555.00 in attorney fees, and

$1,058.72 in costs as to Milad F. Toma. Nothing in this judgment, however, requires the Plaintiff to provide any defendant with a satisfaction of judgment, unless and until the entire judgment is satisfied in full.

2. **IT IS FURTHER ORDERED AND ADJUDGED** that unless and until this judgment is satisfied in full, any outstanding balance owing to the judgment creditor shall accrue judgment interest as provided by 28 U.S.C. § 1961.

3. **IT IS FURTHER ORDERED AND ADJUDGED** that this court will retain jurisdiction over the collection and liquidation of this judgment.

4. **IT IS FURTHER ORDERED AND ADJUDGED** that this Judgment disposes of all matters in the case as of the date of the Judgment, and the case is closed.

    **IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 30, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 30, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764